Louise Wilson, appellant, v. Frank E. Wilson, appellee. Gen. No. 34,118.

Heard in the first division of this court for the first district at the February term, 1930. Opinion filed June 30, 1930.

Harry A. Sewell, for appellant. Joseph H. Wright, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.